

FILED
Jul 16 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ A Cortez   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR CONTRERAS, <br><br> Defendant. | Case No. '25 CR2822 RSH <br><br> I N D I C T M E N T <br><br> Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony) |

The grand jury charges:

On or about July 8, 2025, within the Southern District of California, defendant EDGAR CONTRERAS did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Agent E. Jordan, while Agent E. Jordan was engaged in and on account of the performance of official duties, such acts involving physical contact with Agent E. Jordan; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 16, 2025.

ADAM GORDON
United States Attorney

By: _____
CONNOR VENESKI
Assistant U.S. Attorney

CVE:cms:San Diego:7/16/25