ADAM GORDON
United States Attorney
HENRY F. B. BESHAR
District of Columbia Bar No. 90007286
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
(619) 546-9713
Henry.Beshar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR CONTRERAS,<br><br>Defendant. | Case No.: 25-CR-2822-RSH<br><br>**UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Hon. Robert S. Huie |
|---|---|

Per Fed. R. Crim. P. 48(a), the United States moves to dismiss the Indictment (ECF No. 15) against Defendant without prejudice. The United States seeks leave of Court to dismiss the charges because it has determined that dismissal is warranted in the interests of justice, based on information that has caused re-evaluation of this prosecution. The United States, thus, requests that the above-mentioned Indictment be dismissed without prejudice.

Dated: August 15, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*/s/ Henry F. B. Beshar*
HENRY F. B. BESHAR
Assistant U.S. Attorney