1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   UNITED STATES OF AMERICA,          )   Case No. 25-CR-2822-RSH
12          Plaintiff,                  )
                                        )   **JUDGMENT AND ORDER**
13      v.                              )   **GRANTING THE UNITED**
                                        )   **STATES' MOTION TO**
14   EDGAR CONTRERAS,                   )   **DISMISS THE INDICTMENT**
                                        )   **WITHOUT PREJUDICE**
15          Defendant.                  )
                                        )
16
17      The United States' Motion to Dismiss the Indictment (ECF No. 15), without
18   prejudice, is GRANTED.  The Court dismisses the Indictment without prejudice.
19
20      Dated: _____8/15/25_____
21
22                                              _Robert S. Huie_____
23                                              Hon. Robert S. Huie
                                                United States District Judge
24
25
26
27
28