Pages 1 - 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Before The Honorable Michael S. Berg, Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | NO. 25-CR-02822-RSH |
| EDGAR CONTRERAS, | ) ) ) | |
| Defendant. | ) ) | |

San Diego, California
Tuesday, July 22, 2025

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

Liberty Player Recording 1:23 p.m. - 1:32 p.m. = 9 minutes

**APPEARANCES:**

For Plaintiff:
           ADAM GORDON
           United States Attorney
           880 Front Street, Room 6293
           San Diego, California 92101
BY:  **KATHERINE ROOKARD, ESQ.**
     **ASSISTANT UNITED STATES ATTORNEY**

For Defendant:
           FEDERAL DEFENDERS OF SAN DIEGO, INC.
           225 Broadway, Suite 900
           San Diego, California 92101
BY:  **CINDY VANESSA MURO, ESQ.**
     **ASSISTANT FEDERAL PUBLIC DEFENDER**

Transcribed By:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                  Official Court Reporter

|   |   |
|---|---|
| 1 | **<u>Tuesday - July 22, 2025</u>**                                    **<u>1:23 p.m.</u>** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---o0o--- |
| 4 | **THE CLERK:** Calling the PH continuances, Matters 3 |
| 5 | through 13. |
| 6 | Matter Number 3, 25-CR-2822, United States of America |
| 7 | versus Edgar Contreras. |
| 8 | **MS. MURO:** Good afternoon, Your Honor. Cindy Muro, |
| 9 | Federal Defenders, on behalf of Mr. Contreras, who is present, |
| 10 | on bond, to my left. |
| 11 | **THE COURT:** Thank you. |
| 12 |         (Discussion regarding other cases.) |
| 13 | **THE CLERK:** Okay. |
| 14 | **THE COURT:** Is that all in this group? |
| 15 | **THE CLERK:** That's all the continuances. |
| 16 | **THE COURT:** Okay. Do you want to make your motion -- |
| 17 | your motion? |
| 18 | **MS. MURO:** Yes, Your Honor. Thank you. |
| 19 |     I'm objecting to the shackling. As to my clients, they do |
| 20 | not have a substantial criminal history. At least one of them |
| 21 | is accused of a status offense. |
| 22 |     I do note that there are four United States Marshal |
| 23 | officers who are present in the courtroom, and there's also one |
| 24 | courtroom security officer who's at the back by the door. |
| 25 |     And the Ninth Circuit, as recently as last year, has |

1  indicated that individuals have a right to be present before
2  the Court without visible shackles.
3       So we'd ask that only leg restraints be used as the Court
4  makes an individualized determination.  Thank you.
5            **THE COURT:**  Okay.  Thank you.
6       I am going to overrule that objection.  I do find that it
7  is a security risk, but I also would note that it has no
8  bearing whatsoever on my finding of the presumption of
9  innocence for each of these individuals.  And I also would note
10 for the record that it does not, in any way, impair counsel's
11 ability to confer with their clients.
12      So I will overrule your objection.  And I will, for the
13 record, allow all attorneys here to join in the motion without
14 having to ask to do so individually.
15      For everybody whose name was just called, today is the
16 date for your preliminary hearing.  A preliminary hearing is a
17 hearing to determine if there's probable cause to have you
18 stand trial.
19      Your attorneys would like to continue your preliminary
20 hearing to the date of your arraignment.  It might be a
21 different date for each of you.  I will go through them
22 individually.
23      But the reason they're requesting that is so that your
24 attorney can get all of the reports in your case called
25 discovery, maybe an offer from the Government, and then have

1   time to go over each -- each of these individually with you in
2   greater detail.
3       So I'm going to ask each of you individually if it's okay
4   with you if we continue your preliminary hearing to the date of
5   your arraignment.
6       Mr. Contreras, your next court date would be August 5th at
7   1:00 o'clock, if that's all right with you.
8           **THE DEFENDANT:**  Yeah.
9           **THE COURT:**  Okay.  Anything further?
10          **MS. MURO:**  Your Honor, I apologize.  I do believe
11  there was an indictment in his case.
12          **THE COURT:**  Mr. Contreras?
13          **MS. MURO:**  Yes.
14          **THE COURT:**  Not that I have, but hold on a second.
15          **THE CLERK:**  That is correct.
16          **THE COURT:**  Okay.  Hold on.  We'll print it out.
17          **THE CLERK:**  I apologize.
18          **THE COURT:**  No worries.
19          **THE CLERK:**  Things go so fast that --
20          **THE COURT:**  It's not a big deal at all.  Thank you.
21      Is Edgar Contreras your true name, sir?
22          **THE DEFENDANT:**  Yeah.
23          **THE COURT:**  You have been charged in an indictment
24  with assault on a federal officer.
25      Do you have a copy of the indictment and waive further

```
 1   reading?
 2           MS. MURO:  Yes, Your Honor.
 3           THE COURT:  I would -- and I'll need a new court date,
 4   Margot, also.
 5           THE CLERK:  Yes.  Uh-huh.
 6           THE COURT:  I would inform you that you have the right
 7   to a speedy and public trial by jury, the right to
 8   cross-examine and confront any witnesses that would testify
 9   against you, the right to subpoena to court any witnesses to
10   testify on your behalf, the right for you to personally testify
11   or remain silent, and the right to an attorney, which you have.
12        I will enter a not-guilty plea on your behalf.  I'll give
13   you the next court date as -- in one moment.
14           THE CLERK:  The motion hearing/trial setting is
15   scheduled for August 15th at 1:30 p.m. before Judge Huie.
16           THE COURT:  Did you catch that?
17           MS. MURO:  Yes.  Thank you.
18           THE COURT:  Okay.  Anything additional?
19           MS. MURO:  No, Your Honor.  Thank you.
20           THE COURT:  Are you working now, Mr. Contreras?
21           THE DEFENDANT:  Yes.  I've been working since --
22   since --
23           THE COURT:  Since you got out?
24           THE DEFENDANT:  Yes.
25           THE COURT:  What are you -- what are you doing?
```

```
1          THE DEFENDANT:  Construction.
2          THE COURT:  Good for you.
3          THE DEFENDANT:  Yeah.
4          THE COURT:  Stay safe.  Good luck in your case.
5          THE DEFENDANT:  Appreciate it.  Thank you.
6          THE COURT:  You're welcome.
7          THE DEFENDANT:  Uh-huh.
8              (Proceedings adjourned at 1:32 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF TRANSCRIBER**

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Southern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

DATE:  Friday, September 19, 2025


　　　　　　　/S/ James C. Pence-Aviles

James C. Pence-Aviles, RMR, CRR, CSR No. 13059
U.S. Court Reporter